| Attorney or Party without Attorney:<br>William C. Fredericks, Esq.<br>Scott + Scott LLP<br>The Chrysler Building<br>405 Lexington Avenue, 40th Floor<br>New York, NY 10174<br>Telephone No: 212-223-6444 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | | | | |
| Plaintiff: In re: NQ Mobile, Inc. Securities Litigation<br>Defendant: | | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>13CV7608WHP | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Consolidated Class Action Complaint; Individual Practices of Judge William H. Pauley III; Standing Order re Pilot Project for Complex Cases; ECF Rules & Instructions

3. a. Party served: PricewaterhouseCoopers International Limited
   b. Person served: Eugene Hom, Senior Associate / Authorized to Accept Service

4. Address where the party was served: 300 Madison Avenue
   New York, NY 10017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jul. 24, 2014 (2) at: 5:04PM

7. **Person Who Served Papers:**
   a. Connie Asaro
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of NEW YORK that the foregoing is true and correct.

   8-4-14  (Date)    *Connie Asaro* (Signature)

8. STATE OF NEW YORK, COUNTY OF New York
   Subscribed and sworn to (or affirmed) before me on this 4TH day of AUGUST, 2014 by Connie Asaro
   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   AFFIDAVIT OF SERVICE    (Notary Signature)
   Summons/Complaint                              wifre.143919

**NOTARY PUBLIC, STATE OF NEW YORK**
**MICHAEL J. KEATING**
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2018