# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1296

STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
C. ALLEN PARKER
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR

SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN

GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO

KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART

SPECIAL COUNSEL

SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL

PAUL C. SAUNDERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/14

August 12, 2014

In re NQ Mobile, Inc. Securities Litigation, Civ. A. No. 13-cv-7608-WHP

Dear Judge Pauley:

   We represent PricewaterhouseCoopers International Limited ("PwCIL"), a defendant in the above-captioned matter. A summons was issued as to PwCIL on July 21, 2014, and PwCIL was served with the summons and the Amended Complaint on July 24, 2014. The time for PwCIL to move against or answer the complaint is therefore August 14, 2014. We request an extension of the time for PwCIL to move or answer under Part I.D of Your Honor's Practices. This is the first request by PwCIL.

   PwCIL believes that it would be most efficient for the Court and the parties to address any motions to dismiss from all defendants at one time. In this case, most of the defendants named in the Amended Complaint appear to be entities or individuals located in China. In particular, it would be unfairly prejudicial for PwCIL to be required to move to dismiss at this time, as the only claim brought against PwCIL is a "control person" claim under Section 20(a) of the Securities Exchange Act, and the defendant named on the underlying Section 10(b) claim—PricewaterhouseCoopers Zhong Tian LLP—apparently has not been served.

   The undersigned counsel has conferred with William C. Fredericks, counsel for Lead Plaintiffs. Mr. Fredericks stated that, because Lead Plaintiffs were still working to resolve possible disputes relating to the service of certain other defendants through ongoing meet and confer discussions, he could not consent at this time to delay briefing on all motions to dismiss until all defendants have been served. The parties also noted that there was an initial pretrial conference already scheduled for September 5, 2014, at 10:00 a.m. Given these facts, PwCIL requested, and Lead Plaintiffs consented to, an interim extension of the time for PwCIL to move or answer until 30 days following the September 5 initial pretrial conference, so that PwCIL can raise its concerns about briefing issues with the Court at that conference.

**MEMO ENDORSED**

Case 1:13-cv-07608-WHP   Document 96   Filed 08/13/14   Page 2 of 2
Case 1:13-cv-07608-WHP   Document 95   Filed 08/12/14   Page 2 of 2

2

PwCIL therefore requests on consent an extension of the time to move or answer until October 6, 2014.

Respectfully,

*Antony L. Ryan*

Antony L. Ryan

Judge William H. Pauley III
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

Delivery by Hand

Copy to:

All Counsel of Record by ECF Filing

Application granted; The time for Price waterhouse Coopers International Limited is extended to October 3, 2014.

SO ORDERED:

8/13/14  _____
WILLIAM H. PAULEY III U.S.D.J.