```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #:_____
                                                    DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                    :
In re NQ Mobile, Inc. Securities Litigation
                                                    :        13cv7608
- - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                    :        ORDER
This Document Relates To:
                                                    :
All Actions
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        The parties having requested this Court's ruling on a disclosure dispute between

Plaintiff and Defendant NQ Mobile, Inc. during a pre-trial conference on September 5, 2014, this

Court adopts the following schedule in the event the parties cannot reach a compromise:

    1.  Plaintiff shall file its motion by September 19, 2014;

    2.  Defendant shall file its opposition by October 3, 2014;

    3.  Plaintiff shall file its reply by October 10, 2014;

    4.  The parties shall appear for oral argument on October 20, 2014 at 2:30 p.m.

Dated: September 5, 2014
      New York, New York

                        SO ORDERED:

                        WILLIAM H. PAULEY III
                           U.S.D.J.

*All Counsel*