USDC SDNY Pauley, W.
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE NQ MOBILE, INC. SECURITIES
LITIGATION

Civil Action No. 13-cv-7608-WHP

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) all claims asserted by Lead Plaintiffs against Defendants Piper Jaffray & Co., Oppenheimer & Co., Inc., and Canaccord Genuity Inc. are dismissed in their entirety without prejudice, and with each party bearing its own fees and costs.

Dated: New York, New York
September 4, 2014

Respectfully submitted,

O'MELVENY & MYERS LLP

By: _____
William J. Sushon
Valerie Cohen

7 Times Square
New York, New York 10036
Tel: (212) 326-2000
wsushon@omm.com
vcohen@omm.com

Seth Aronson
400 South Hope Street
Los Angeles, California 90071
Tel: (213) 430-6000
saronson@omm.com

*Attorneys for Defendants Piper Jaffray & Co., Oppenheimer & Co., Inc., and Canaccord Genuity Inc.*

**SO ORDERED:**

_____  9/5/14
WILLIAM H. PAULEY III U.S.D.J.

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

By: /s/ William C. Fredericks /JJ
William C. Fredericks
Joseph P. Guglielmo

The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, New York  10174
Tel: (212) 223-6444
wfredericks@scott-scott.com
jguglielmo@scott-scott.com

*Attorneys for Lead Plaintiff*

Dated:_____

**SO ORDERED:**

_____
Hon. William H. Pauley
United States District Judge