UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NQ MOBILE, INC. SECURITIES LITIGATION | Master File No. 13-CV-7608 (WHP) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT PRICEWATERHOUSECOOPERS INTERNATIONAL LIMITED**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant PricewaterhouseCoopers International Limited states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

December 16, 2014

CRAVATH, SWAINE & MOORE LLP
by /s/ Antony L. Ryan
Thomas G. Rafferty
Antony L. Ryan
Samira Shah
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000
trafferty@cravath.com
aryan@cravath.com
sshah@cravath.com

*Attorneys for Defendant PricewaterhouseCoopers International Limited*