UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NQ MOBILE SECURITIES LITIGATION<br><br>This Document Relates to: All Actions | No. 1:13-cv-07608-WHP |

## LEAD PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Lead Plaintiffs Allene E. Mossman Trust, EJ Partners, HR Volin IRA, AM Volin IRA, EM Volin Roth IRA, JE Volin Roth IRA, EM Volin Trust, EM Volin IRA, and JE Volin IRA (collectively, "Lead Plaintiffs") respectfully submit this Notice of Unopposed Motion and Motion for entry of an order, in the form attached hereto as Exhibit A:

1. granting preliminary approval of the proposed settlement (the "Settlement") set forth in the Stipulation of Settlement dated October 8, 2015 (the "Stipulation");

2. conditionally certifying, for settlement purposes only, the proposed settlement class, and appointing class representatives and class counsel;

3. approving the form and manner of giving notice of the Settlement (and of requests for attorneys' fees and expenses) to the proposed settlement class, and setting various deadlines; and

4. setting a date for a hearing to consider granting final approval of the Settlement and related matters (the "Final Approval Settlement Hearing").

In support of this unopposed Motion, Lead Plaintiffs are respectfully submitting, contemporaneously herewith, an accompanying Memorandum of Law.

DATED: October 23, 2015          Respectfully submitted,
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

/s/ William C. Fredericks
William C. Fredericks (WF-1576)
Joseph P. Guglielmo (JG-2447)
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, New York 10174
Tel: (212) 223-6444
Fax: (212) 223-6334

1

wfredericks@scott-scott.com
jguglielmo@scott-scott.com

John T. Jasnoch
SCOTT+SCOTT, Attorneys at Law, LLP
707 Broadway Suite 1000
San Diego, CA 92101
Tel: (619) 233-4565
Fax: (619) 233-0508

David R. Scott
SCOTT+SCOTT, Attorneys at Law, LLP
156 South Main Street
Colchester, CT 06415
Tel: 860-537-5537
Fax: 860-537-4432
david.scott@scott-scott.com

*Lead Counsel for Plaintiffs*

Gregory M. Nespole
WOLF HALDENSTEIN ADLER FREEMAN &
HERZ LLP
270 Madison Avenue
New York, New York 10016
Tel: (212) 545-4600
Fax: (212) 545-4653
nespole@whafh.com

Charles Piven
Yelena Trepetin
BROWER PIVEN, A PROFESSIONAL
CORPORATION
1925 Old Valley Road
Stevenson, Maryland 21153
Tel: (410) 332-0030
Fax: (410) 685-1300
piven@browerpiven.com
yelena@browerpiven.com

*Additional Counsel for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 23, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 23, 2015.

      /s/ William C. Fredericks
      William C. Fredericks
      SCOTT+SCOTT, Attorneys at Law, LLP
      The Chrysler Building
      405 Lexington Avenue, 40th Floor
      New York, New York 10174
      Tel: (212) 223-6444
      Fax: (212) 223-6334
      wfredericks@scott-scott.com