

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE NQ MOBILE, INC.,
SECURITIES LITIGATION

This Document Relates to: All Actions

No. 1:13-cv-07608-WHP

## NOTICE OF DISMISSAL OF DEFENDANT
## PRICEWATERHOUSECOOPERS ZHONG TIAN LLP

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Lead Plaintiffs, the members of the Volin Group, hereby provide notice that all claims asserted against Defendant PricewaterhouseCoopers Zhong Tian LLP in the above-captioned action are hereby dismissed in their entirety, without prejudice.

Dated: October 23, 2015

Respectfully submitted,
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

/s/ William C. Fredericks
William C. Fredericks (WF-1576)
Joseph P. Guglielmo (JG-2447)
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, New York 10174
Tel: (212) 223-6444
Fax: (212) 223-6334
wfredericks@scott-scott.com
jguglielmo@scott-scott.com

**SO ORDERED:**

_____
**WILLIAM H. PAULEY III U.S.D.J.**
10/30/15

John T. Jasnoch
SCOTT+SCOTT, Attorneys at Law, LLP
707 Broadway Suite 1000
San Diego, CA 92101
Tel: (619) 233-4565
Fax: (619) 233-0508

David R. Scott
SCOTT+SCOTT, Attorneys at Law, LLP
156 South Main Street
Colchester, CT 06415
Tel: 860-537-5537

Fax: 860-537-4432
david.scott@scott-scott.com

*Lead Counsel for Plaintiffs*

Gregory M. Nespole
WOLF HALDENSTEIN ADLER FREEMAN &
HERZ LLP
270 Madison Avenue
New York, New York 10016
Tel: (212) 545-4600
Fax: (212) 545-4653
nespole@whafh.com

Charles Piven
Yelena Trepetin
BROWER PIVEN, A PROFESSIONAL
CORPORATION
1925 Old Valley Road
Stevenson, Maryland 21153
Tel: (410) 332-0030
Fax: (410) 685-1300
piven@browerpiven.com
yelena@browerpiven.com

*Additional Counsel for Lead Plaintiffs*

**SO ORDERED:**

_____
**U.S.D.J.**