UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NQ MOBILE, INC. SECURITIES LITIGATION<br><br>This Document Relates to: All Actions | No. 1:13-cv-07608-WHP |

**PLAINTIFFS' COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND APPROVAL OF AN AWARD TO LEAD PLAINTIFF VOLIN UNDER 15 U.S.C §78u-4(a)(4)**

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on March 11, 2016, at 2:00 p.m., before the Honorable William H. Pauley, III, United States District Judge, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, or as soon thereafter as counsel may be heard, Plaintiffs' Counsel will and hereby do move for an order, substantially in the form attached hereto as Exhibit A: (1) awarding Plaintiffs' Counsel attorneys' fees in the amount of 30% of the Settlement Fund; (2) awarding Plaintiffs' Counsel reimbursement of their litigation costs and expenses in the amount of $60,425.96; and (2) awarding Lead Plaintiff Herbert R. Volin reasonable costs and expenses in the amount of $3000 under 15 U.S.C §78u-4(a)(4) (the "Motion"). Plaintiffs' Counsel's motion is based upon Lead Plaintiffs' accompanying Memorandum of Law in Support of the Motion, the declarations submitted in support thereof, all other pleadings and matters of record, and such additional evidence or argument as may be presented at or in connection with the hearing on the Motion.

Dated: January 27, 2016             SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

                                    */s/ William C. Fredericks*
                                    William C. Fredericks (WF-1576)
                                    Joseph P. Guglielmo (JG-2447)

SCOTT+SCOTT, Attorneys at Law, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, New York 10174
Tel: (212) 223-6444
Fax: (212) 223-6334
wfredericks@scott-scott.com
jguglielmo@scott-scott.com

John T. Jasnoch
SCOTT+SCOTT, Attorneys at Law, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Tel: (619) 233-4565
Fax: (619) 233-0508

David R. Scott
SCOTT+SCOTT, Attorneys at Law, LLP
156 South Main Street
Colchester, CT 06415
Tel: 860-537-5537
Fax: 860-537-4432
david.scott@scott-scott.com

*Counsel for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of January, 2016, at New York, New York.

*/s/ William C. Fredericks*
William C. Fredericks
SCOTT+SCOTT, Attorneys at Law, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, New York 10174
Tel: (212) 223-6444
Fax: (212) 223-6334
wfredericks@scott-scott.com