UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NQ MOBILE, INC. SECURITIES LITIGATION | Civil Action No. 13-cv-7608-WHP |

**ORDER GRANTING LEAD PLAINTIFFS' UNOPPOSED MOTION TO INCLUDE ADDITIONAL CLAIMS TO DISTRIBUTION OF SETTLEMENT FUND**

Lead Plaintiffs, having filed an Unopposed Motion to Include Additional Claims to Distribution of Class Settlement Fund, this Court having considered all the papers filed in connection therewith, and based upon all other prior proceedings had herein, and good cause appearing:

IT IS HEREBY ORDERED that:

1. Gilardi & Co., LLC's administrative determinations accepting the claims set forth in the "Amended Late But Otherwise Eligible Claims" list, attached as Exhibit A to the Supplemental Affidavit of Michael Joaquin Regarding Additional Claims to be Included in the Distribution of Settlement Fund, are approved, and such claims are accepted.

**IT IS SO ORDERED.**          SO ORDERED:

DATED: August 1, 2017
       New York, NY

_____
WILLIAM H. PAULEY III
U.S.D.J.